# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERFINA GARCIA, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>GONE, INC.,<br>Defendant. | Case No. 2:17-cv-00188-WBS-AC<br><br>ORDER GRANTING STIPULATION RE AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND TO AMENDED COMPLAINT |

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. Plaintiff is given leave to file a First Amended Complaint. The First Amended Complaint shall be filed within five (5) days of this Order;

2. Defendant's responsive pleading shall be due twenty-one (21) days after Plaintiff files her First Amended Complaint.

- 1 -
[PROPOSED] ORDER GRANTING STIPULATION RE AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND TO AMENDED COMPLAINT

| | |
|---|---|
| Dated: June 12, 2017 | *[signature]*<br>WILLIAM B. SHUBB<br>UNITED STATES DISTRICT JUDGE |