**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERFINA GARCIA, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GONE, INC.,<br>　　　　　　Defendant. | Case No.:  2:17-cv-00188-WBS-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE** |

## **ORDER**

The scheduling conference currently set for August 14, 2017 is continued to **September 25, 2017 at 1:30 p.m.**

The Parties are to submit a Joint Status Report no later than **September 11, 2017.**

**IT IS SO ORDERED**

**Dated:  July 28, 2017**

　　　　　　　　　　　　　　　　　　　　／s／ William B. Shubb
　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
-1-