# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

FERFINA GARCIA, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,

Plaintiff,

v.

GONE, INC.,

Defendant.

Case No. 2:17-cv-00188-WBS-AC

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's counsel's Motion to Appear by Telephone at the Hearing on Defendant's Motion to Dismiss on October 2, 2017, is hereby granted. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: September 29, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE