UNITED STATES DISTRICT COURT

| | |
|---|---|
| FERFINA GARCIA, individually and behalf of all others similarly situated<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GONE INC., and DOES 1-10, inclusive<br><br>　　　　Defendant. | CIV. NO. 2:17-00188 WBS AC<br><br>ORDER RE: MOTION TO DIMISS |

At the hearing on defendant's Motion to Dismiss plaintiff's First Amended Complaint, counsel for plaintiff represented that the failure to include a violation of § 1692g in the First Amended Complaint was inadvertent.  Although the court finds it difficult to understand how that claim could have been inadvertently omitted from the First Amended Complaint given that it was included in the initial Complaint, the court will give plaintiff leave to file a Second Amended Complaint for the limited purpose of adding that claim.

1

IT IS THEREFORE ORDERED that that plaintiff's First Amended Complaint is STRICKEN, and plaintiff is given 20 days from the date of this order to file a Second Amended Complaint consistent with this order.

Defendant's motion to dismiss the First Amended Complaint is moot. This Order is without prejudice to defendant's right to move to dismiss the Second Amended Complaint on any ground and to seek reasonable attorney's fees incurred in responding to plaintiff's First Amended Complaint.

Dated: October 3, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE